*October 13, 1942.*

ESTATE OF ARCHAMBAULT: LYNCH, Appellant, vs. FAWCETT and another, Executors, Respondents.

For the appellant: *Wood, Warner & Tyrrell* of Milwaukee, attorneys, and *Cantillon & Glover* of Los Angeles, California, of counsel.

For the respondents: *Sydney N. Leshin,* attorney, and *Willis G. Sullivan* of counsel, both of Milwaukee.

*By the Court.*—Order affirmed.


WEAVER, Respondent, vs. LONG and another, Appellants.

For the appellants: *Genrich & Genrich,* attorneys, and *Herbert L. Terwilliger* and *James A. Fitzpatrick* of counsel, all of Wausau.

For the respondent: *C. J. Crooks* of Wausau.

*By the Court.*—Judgment affirmed.